**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01589-CR

### REGINALD THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-00358-V

## ORDER

The Court **GRANTS** appellant's December 31, 2014 motion to include items.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record, within **FIFTEEN (15) DAYS** of the date of this order, that includes the motion for new trial filed on October 15, 2014 in trial case number F09-34344-V.

/s/     ADA BROWN
          JUSTICE